```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA TEMPLE, et al.          :     CIVIL ACTION
                              :
          v.                  :
                              :
McDONALD'S CORPORATION        :     NO. 11-7516
```

ORDER

AND NOW, this 13th day of March, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant McDonald's Corporation to dismiss the complaint for improper venue under Rule 12(b)(3) of the Federal Rules of Civil Procedure is DENIED; and

(2)  the motion of defendant McDonald's Corporation to dismiss the complaint for failure to state a claim for relief under Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                        J.